STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES  
SYRACUSE REGIONAL OFFICE

October 20, 2025

Hon. Glenn T. Suddaby  
U.S. District Judge  
U.S. Courthouse  
P.O. Box 7367  
Syracuse, NY 13261-7367

**Re: Bronx Harbor Health Care, et. al. -v- McDonald  
24-CV-1573 (GTS/CFH)**

Dear Judge Suddaby:

Defendant hereby provides a status report on State Court proceedings directly related to issues raised by Plaintiffs in this case.

On October 9, 2025, New York Supreme Court (Albany County) entered the attached Decision, Order and Judgment in the following combined hybrid Special Proceedings/Declaratory Judgment matters: *Aaron Manor Rehabilitation and Nursing Center LLC v. Zucker*, Index No. 906847-21 ("Aaron Manor II"); *Bethany Operating Co., LLC v. Bassett et al.*, Index No. 905379-22 and *Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC v. Bassett, Index* No. 907653-20. The Order vacated and discontinued all of the injunctions barring Commissioner McDonald and the New York Department of Health from implementing and enforcing the statute at issue in the instant federal proceeding - New York Public Health Law §2808(20)(d).

Many of the plaintiffs in this federal action were also petitioners in State Court where they raised 14th Amendment claims. Petitioners' federal claim in their fifth causes of action was, "Petitioners therefore seek judgment in their favor, under 42 U.S.C. § 1983 and the New York State Constitution, prohibiting the changes dictated by the Residual Equity Elimination Clause under the equal protection guarantees of both the New York State and United States Constitutions" (*Bethany Operating Co.*, Docket No. 1, ¶ 80). State Court "ORDERED, that the fifth causes of action in *Bethany* and *Absolut* are dismissed <u>with prejudice</u>" (emphasis added) (Aaron Manor II, Docket No. 99, p.15).

Should the Court require anything further, please have your Chambers notify me.

Respectfully yours,

s/*Timothy P. Mulvey*
Timothy P. Mulvey

cc:  All counsel of record via ECF only