**HSE**

Harter Secrest & Emery LLP

ATTORNEYS AND COUNSELORS

WWW.HSELAW.COM

December 5, 2025

VIA CM/ECF

Hon. Glenn T. Suddaby
U.S. District Judge
U.S. Courthouse
P.O. Box 7367
Syracuse, NY  13261-7367

Re:    *Bronx Harbor Health Care Complex Inc. et al. v. McDonald*
Civil Action No.:  1:24-cv-1573 (GTS/PJE)

Your Honor:

We represent Plaintiffs Bronx Harbor Health Care Complex *et al*. in the above-referenced action and write in response to the Court's directive that each party file a letter relating to witnesses and evidence to be presented at the hearing on Plaintiffs' pending motion for a preliminary injunction.  (*See* Text Order, dated July 29, 2025, Doc. No. 30; *see also* Text Notice, dated October 21, 2025.)

In addition to the evidence submitted in Plaintiffs' motion papers, we intend on presenting evidence at the hearing through witness testimony and exhibits.  Our witness list is as follows:

1.  Ralph Zimmerman, CPA, MBA;

2.  Kimberly Danzig, LNHA, RN;

3.  Teresa Creedon, LNHA; and

4.  Chelsea Murray, CHFP.  Ms. Murray's updated CV is attached hereto as **Exhibit A**.

As of today's date, our exhibits consist of state and federal documents relating to (i) capital reimbursement through the capital portion of Plaintiffs' Medicaid rates, and (ii) quality measures.  We intend to use one video exhibit on direct examination regarding the types of expenditures at issue in this suit.

Plaintiffs are prepared to present oral argument on Plaintiffs' motion at the close of evidence, should the Court find that useful.

We also intend to address Defendant's issuance of a Dear Administrator Letter, dated October 31, 2025, notifying proprietary facilities beyond 40 years of operation of a 2026 capital notice rate schedule that does not include ongoing capital reimbursement.  As a result of this

Harter Secrest & Emery LLP
ATTORNEYS AND COUNSELORS

Hon. Glenn T. Suddaby
December 5, 2025
Page 2

letter, additional facilities have reached out to us to join this lawsuit.  Defendant has indicated
that the Attorney General will not object to joinder of additional parties after the injunction
motion is decided.  We respectfully request a short amount of time at the hearing to discuss
scheduling of responsive pleadings, joinder, and any potential pleading amendment.

   Lastly, Plaintiffs request time at the hearing to discuss referral to the mandatory ADR
Track.  (*See* Doc. No. 2).

   We stand at the Court's disposal should it have any questions upon receipt of this letter.

         Respectfully submitted,

         s/ F. Paul Greene

         F. Paul Greene, AIGP, CIPP/US, CIPP/E, CIPM,
         FIP
         DIRECT DIAL:  585.231.1435
         EMAIL: FGREENE@HSELAW.COM

FPG:cmd

cc: Christina M. Deats, Esq.
   Timothy P. Mulvey, Esq.
   Kyle W. Sturgess. Esq.
   John C. Jensen, Esq.